## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARSHA A. KERR, individually, and on behalf of all others similarly situated,

   Plaintiff,

v.

ROCKET MORTGAGE, LLC

   Defendant.

Case No. 4:26-cv-11028-FKB-CI

Hon. F. Kay Behm
U.S. District Judge

Hon. Curtis Ivy, Jr.
U.S. Magistrate Judge

## STIPULATED ORDER GRANTING JOINT MOTION TO STAY THESE PROCEEDINGS PENDING ARBITRATION

This matter comes before the Court on the parties' joint motion to stay this litigation pending the completion of arbitration proceedings [ECF 6] (the "Joint Motion to Stay") and the stipulation of the parties.

It is hereby ordered that:

1. The Joint Motion to Stay is granted; and

2. All proceedings in this matter are stayed pending completion of arbitration.

Date: June 4, 2026

      s/F. Kay Behm
      F. Kay Behm
      United States District Judge

**Approved as to form and substance:**

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com

*Counsel for Plaintiff*

/s/ Jeffrey M. Thomson
Jeffrey M. Thomson (P72202)
MORGANROTH & MORGANROTH
PLLC
344 North Old Woodard Ave., Suite 200
Birmingham, MI 48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001
JThomson@morganrothlaw.com

*Counsel for Rocket Mortgage, LLC*